930 P.2d 1018

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Williams v. State | 16864 | 12/5/96 | Affirmed |
| Doe, In re: Jane (DOB 3/17/89) | 17797 | 12/6/96 | Affirmed |
| State v. Kemfort | 18276 | 12/9/96 | Affirmed |
| State v. Barnhard | 17429 | 12/9/96 | Affirmed |
| State v. Bidad | 18462 | 12/11/96 | Affirmed |
| Namahoe v. Administrative Director of Courts | 17898 | 12/13/96 | Affirmed |
| State v. Han | 17259 | 12/16/96 | Affirmed |
| Lester v. Rapp | 16387 | 12/17/96 | Affirmed |
| State v. Thompson | 16854 | 12/18/96 | Affirmed |
| State v. Samson | 17473 | 12/19/96 | Affirmed |
| State v. Alvarado | 19001 | 12/19/96 | Affirmed |
| Kim v. Costa | 16972 | 12/23/96 | Affirmed in part, Reversed in part and Remanded |
| Poe v. Civil Service Commission | 19105 & 19106 | 12/23/96 | Affirmed |
| State v. Buckley | 17295 | 12/23/96 | Affirmed |
| Lum v. Vida | 17719 | 12/24/96 | Vacated and Remanded |
| State v. Sawyer | 18516 | 12/24/96 | Affirmed |
| Matsumoto v. Macias | 18445 | 12/26/96 | Reversed in part, Vacated in part and Remanded |
| State v. Hassard | 17118 | 12/26/96 | Vacated and Remanded |
| State v. Sumera | 18414 | 12/26/96 | Remanded |
| State v. Trells | 17900 | 12/26/96 | Vacated and Remanded |
| State v. Cargill | 16704 | 12/26/96 | Affirmed |
| State v. Lewis | 17452 | 1/08/97 | Vacated and Remanded |
| State v. Lealamanua | 17391 | 1/17/97 | Vacated and Remanded |
| Freitas v. State | 18144 | 1/23/97 | Affirmed |
| State v. Sullivan | 17926 | 1/29/97 | Vacated and Remanded |
| State v. Mills | 18031 | 1/31/97 | Affirmed |